UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:11-cv-02146-EAK

A. JOSEPH RAETANO,

    Plaintiff,

vs.

UNIVERSITY COMMERCIAL CENTER, LTD.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, and pursuant to Rule 3.08, M.D. Fla. L.R., hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties.  A Stipulation for Settlement has been drafted and finalized and is being circulated to the parties for execution.  The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    DATE:  June 7, 2012

Respectfully submitted,

| s/Todd W. Shulby, Esq. | s/Lawrence E. Fuentes, Esq. |
|---|---|
| Todd W. Shulby, Esq. | Lawrence E. Fuentes, Esq. |
| Todd W. Shulby, P.A. | Fuentes and Kreischer, P.A. |
| 4705 148th Avenue, Suite 102 | 1407 West Busch Boulevard |
| Davie, Florida  33330-2417 | Tampa, Florida 33612 |
| Telephone:  (954) 530-2236 | Telephone:  (813) 933-6647 |
| Facsimile:(954) 530-6628 | Facsimile:  (813) 932-8588 |
| Florida Bar No.: 068365 | Florida Bar No.: 161908 |
| E-mail: tshulby@shulbylaw.com | E-mail:  lef@fklaw.net |
| Counsel for Plaintiff | Counsel for Defendant |